UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANDMARK LEGAL FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ENVIRONMENTAL PROTECTION ) <br> AGENCY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Civil Action No. 00-2338 (RCL) <br><br> **FILED** <br><br> JUL 2 2001 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

**ORDER**

UPON CONSIDERATION of defendant's Motion for Protective Order, ~~any~~ *the* opposition and reply thereto and ~~for good cause shown~~ *The discussion with counsel this date,* it is this **29th** day of June, 2001

ORDERED that the motion should be, and hereby is, ~~GRANTED, and it is further~~ *DENIED AS MOOT.*

~~ORDERED that the deposition of Assistant U.S. Attorney Michael Humphreys shall be precluded.~~

_____
*[signature: Royce C. Lamberth]*
UNITED STATES DISTRICT JUDGE

COPIES TO:

Peter Blumberg
Assistant U.S. Attorney
555 4th Street, N.W. - 10th Floor
Washington, D.C. 20001

Richard P. Hutchison
Landmark Legal Foundation
3100 Broadway
Suite 1110
Kansas City, MO 64111

Mark R. Levin

51

Landmark Legal Foundation
445-B Carlisle Drive
Herndon, VA 20170

Arthur F. Fergenson
Ballard, Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 19th Floor
Baltimore, MD 21202-3268