UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LANDMARK LEGAL FOUNDATION,    )
                                 )
         Plaintiff,    )
                                 )
       v.           )    Civ. A. No. 00-2338 (RCL)
                                 )
ENVIRONMENTAL PROTECTION    )
AGENCY,                     )
                                 )
         Defendant.    )
_____)

**FILED**

JUL 5 2001

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Consistent with the status conference held in open court on June 29, 2001, it is hereby

ORDERED that the plaintiff's motion for contempt filed on June 28, 2001 shall be treated as a motion for an order to show cause; further, it is

ORDERED that the defendant and the individually named respondents shall respond to this motion by July 16, 2001; further, it is

ORDERED that the plaintiff shall reply to the responses by August 1, 2001; further, it is

ORDERED that the defendant shall file a Vaughn Index listing all documents withheld in who or in part in this case no later than August 17, 2001, along with an appropriate summary judgment motion supporting the withholding.  Opposition and reply



-1-

memoranda shall be filed in accordance with Local Civil Rule 7.1.

SO ORDERED.

Date: _____7-2-01_____


ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE