UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LANDMARK LEGAL FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL PROTECTION )<br>AGENCY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 00-2338 (RCL)<br><br>**FILED**<br>JUL 2 4 2003<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF COLUMBIA |

ORDER

This case comes before the Court on defendant Environmental Protection Agency's motion for summary judgment and for a stay [66] and supplement [78], Landmark's response [77], and EPA's reply [82]. Also before the Court is Landmark's cross-motion for summary judgment [76], EPA's response [83], and Landmark's reply [86] and supplemental memorandum [93]. Upon consideration of the briefing, the law, and the record in this case, it is hereby ORDERED that EPA's motion for summary judgment [66-1] is GRANTED, and its motion for a stay [66-2] is DENIED as moot.

It is further ORDERED that Landmark's motion for summary judgment [76] is DENIED.

It is further ORDERED that summary judgment for defendant shall be entered on the record of this case, dismissing this action with prejudice.

SO ORDERED.

Royce C. Lamberth
United States District Judge

DATE: 7-24-03