UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LANDMARK LEGAL FOUNDATION,    )
                              )
            Plaintiff,        )
                              )
    v.                        )    Civil Action No. 00-2338 (RCL)
                              )
ENVIRONMENTAL PROTECTION      )
AGENCY,                       )
                              )
            Defendant.        )
_____)

**JUDGMENT**

FILED
JUL 2 4 2003
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

Judgment is hereby entered for defendant. This case stands DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
Royce C. Lamberth
United States District Judge

DATE: 7-24-03

