ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LANDMARK LEGAL FOUNDATION,**   )<br>   )<br>    **Plaintiff,**   )<br>   )<br>**v.**   )<br>   )<br>**ENVIRONMENTAL PROTECTION**   )<br>**AGENCY,**   )<br>   )<br>    **Defendant.**   )<br>_____) | Civil Action No. 00-2338 (RCL) |

FILED

SEP 2 4 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

## STIPULATION AS TO FEES AND COSTS

Plaintiff Landmark Legal Foundation ("Landmark") and Defendant Environmental Protection Agency ("EPA") hereby inform the Court that they have reached agreement on legal fees and costs in this matter.

1. EPA will pay to Landmark fees and costs in the amount of $195,000.00

2. Payment shall be made by electronic transfer, and shall be made as promptly as practicable consistent with the normal processing procedures followed by the U.S. Department of Justice and the U.S. Department of Treasury. Defendant agrees to submit the matter for payment within ten (10) business days of the Court's entry of the Stipulation.

3. Plaintiff fully understands and acknowledges that payment of any and all Federal, State or local taxes on all amounts remitted hereunder are the responsibility of Plaintiff and/or his attorney.

1

114

Respectfully submitted,

_/s/ Mark R. Levin_
MARK R. LEVIN, VA BAR #43713
Landmark Legal Foundation
445-B Carlisle Drive
Herndon, VA 20170
(703) 689-2370

Counsel for Plaintiff

Date: September 22, 2003

_/s/ Roscoe C. Howard, Jr._
ROSCOE C. HOWARD, JR, D.C. BAR #246470
United States Attorney

_/s/ Mark E. Nagle_
MARK E. NAGLE, D.C. BAR # 416364
Assistant United States Attorney

_/s/ Peter D. Blumberg_
PETER D. BLUMBERG, D.C. BAR #463247
Assistant United States Attorney
Judiciary Center Building, Tenth Floor
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 514-7157

Counsel for Defendant

IT IS SO ORDERED THIS 23rd DAY OF SEPTEMBER, 2003

_/s/ Royce C. Lamberth_
UNITED STATES DISTRICT JUDGE